**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

Jimi Carl Redman, Jr.,

Plaintiff,

v.

Dentist Bowens, Dental Assistant Medford,

Defendants.

Case No. 1:25-cv-13137-RMG

**ORDER**

This matter is before the Court upon the Report and Recommendation ("R&R") of the Magistrate Judge, recommending that Defendant's motion to dismiss or in the alternative summary judgment (Dkt. No. 21) be denied with leave to refile and that Plaintiff be afforded an opportunity to amend his complaint. (Dkt. No. 40). Defendants object to the R & R, arguing that the Magistrate Judge should have analyzed the Defendant's motion under Rule 56, that any amendment would be futile, and that Defendants are entitled to qualified immunity. (Dkt. No. 44). Plaintiff, a state prisoner acting pro se, has requested an extension of time to submit an amended complaint because there is a shortage of staff in his prison's law library. (Dkt. No. 45, 48).

## I. Legal Standard

### A. Magistrate's Report and Recommendation

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility for making a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a de novo determination of those portions of the R&R to which specific objections are made. *See* 28 U.S.C. § 636(b)(1). Additionally, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*. Where a party fails to timely

file any specific objections, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citation and punctuation omitted).

**B. Pro Se Pleadings**

This Court liberally construes complaints filed by *pro se* litigants to allow the development of a potentially meritorious case. *See Cruz v. Beto*, 405 U.S. 319, 322 (1972); *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972). The requirement of liberal construction does not mean that the Court can ignore a clear failure in the pleadings to allege facts which set forth a viable federal claim, nor can the Court assume the existence of a genuine issue of material fact where none exists. *See Weller v. Dep't of Soc. Servs.*, 901 F.2d 387, 391 (4th Cir. 1990) (citation omitted).

## II. Discussion

This action asserts a claim of deliberate indifference in the delivery of dental services to Plaintiff. The Magistrate Judge found the present complaint failed to state a claim for deliberate indifference but recognized the liberal rules for amendment under Rule 15 of the Federal Rules of Civil Procedure and the fact that Plaintiff is a state prisoner acting pro se. (Dkt. No. 40 at 8). Plaintiff has indicated he is working on his amended complaint but has experienced difficulties with access to law library services due to a staff shortage.

The Court finds that the interests of justice are best served by following the recommended course of the Magistrate Judge to afford Plaintiff one more opportunity to plead his case by way of an amended complaint. Defendants thereafter may resubmit their arguments that they are entitled to dispositive relief. The Court adopts the R & R of the Magistrate Judge as the Order of

the Court. Plaintiff has 21 days from this Order to submit an amended complaint. The matter is now referred back to the Magistrate Judge.

## III. Conclusion

For the foregoing reasons, the R&R (Dkt. No. 40) is **ADOPTED** as the Order of the Court. Plaintiff's motions for an extension of time to file an amended complaint (Dkt. Nos. 45, 48) are granted. Plaintiff has 21 days to submit an amended complaint. The matter is now referred back to the Magistrate Judge.

**AND IT IS SO ORDERED.**

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

September 4, 2026
Charleston, South Carolina